■ In the Matter of RONALD R. MONTECALVO, Petitioner, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles, Respondent.— Proceeding pursuant to article 78 of the CPLR to review respondent's determination dated March 3, 1972, which, after a hearing, suspended petitioner's driver's license for 60 days. Determination modified, on the law, by reducing the period of suspension to five days. As so modified, determination confirmed, without costs.

In our opinion, the penalty imposed was excessive and an abuse of discretion to the extent indicated herein. Rabin, P. J., Hopkins, Martuscello, Latham and Christ, JJ., concur.